1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In Re Ex Parte Application Of American Petroleum Institute For Order To Obtain Discovery For Use In Foreign Proceedings | Case No. <br><br> **[PROPOSED] ORDER GRANTING AMERICAN PETROLEUM INSTITUTE'S EX PARTE APPLICATION TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS** |
|---|---|

This matter comes before the Court in the Ex Parte Application of Amercian Petroleum Institute ("API") for Order to Obtain Discovery for Use in Foreign Proceedings pursuant to 28 U.S.C. § 1782(a) (the "Application"), which seeks documents from Google Inc. in connection with six copyright, trademark, and/or unfair competition actions filed in China.

The Court, having fully considered the papers on file and submitted herewith, and good cause appearing,

**HEREBY GRANTS** the Application of API.

**IT IS HEREBY ORDERED THAT API IS GRANTED LEAVE TO** issue a subpoena for documents in the form attached as Exhibit B to the Application, directing Google to produce the documents requested in the subpoena, and serve all objections, if any, by February _____, 2011 at

the offices of counsel for API, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Stanford Research Park, 3300 Hillview Avenue, Palo Alto, California 94304-1203, or another location mutually agreeable to API and Google.

It is further **ORDERED** that copies of the foregoing Application and Memorandum in Support thereof, and this Order shall be mailed to the following:

> Google, Inc.
> 1600 Amphitheatre Parkway
> Mountain View, California  94043

**IT IS SO ORDERED.**

Dated: _____

_____
United States District Judge