# Complaint

( English translation for reference )

**Plaintiff: American Petroleum Institute ("API")**

Domicile: 1220 L Street, NW Washington, DC 20005-4070 USA

Legal Representative: Harry M. Ng, Vice President and General Counsel

Attorney: WANG Zheng, XIANG Fei, Attorney from Beijing East IP Law Firm

Telephone: 86-10-8518 9318

**First Defendant: Foshan City Shunde District Idear4business Network Engineering Service Co. Ltd.**

Address: 1st F/ Hai Tong Ju No.103, Rong Gui Wei Hong Fu Hua Rd. No.20, Shunde District, Foshan City.

Postal Code: 528303

Legal Representative: CHEN Qingchong

Telephone: 86-757-28626114, 86-13923278376

**Second Defendant: Simon CHEN (CHEN Qingchong)**

ID Card No.: 440681198603115974

Date of Birth: March 11, 1986

Address: No.15xiang RongLi RongGui ShunDe District, Foshan City.

Telephone : 86-757-28626114, 86-13923278376

**Cause of Action:**
Trademark Infringement and Unfair Competition Dispute

**Claims :**

1. The two Defendants shall immediately cease the infringement upon API's trademarks and any act of unfair competition, and delete all the infringing

    contents including the marks and false propaganda on the website www.engineeringsky.com.

2. The two Defendants shall jointly compensate API for RMB100,000 (around US$14,500).

3. The two Defendants shall make a public apology statement with 300 to 500 words on the homepage of the infringing website www.engineeringsky.com, and the homepage of website www.idear4business.com for a period of three (3) months in order to eliminate the detrimental effects.

4. The two Defendants shall bear all court fee of the litigation.

**Facts and Grounds:**

The Plaintiff, American Petroleum Institute ("API"), was founded on March 20, 1919. It's the standards development organization accredited by the American National Standards Institute ("ANSI"). The Plaintiff has more than 400 corporate members engaged in the development, production, transportation, refinery and sales of petroleum. It has more than 800 clients in China. To date, the Plaintiff maintains almost 900 publications, including more than 500 API standards, which are widely used in the world. American Petroleum Institute is the Plaintiff's Enterprise Name. The Plaintiff further registered the official acronym of its Enterprise Name "API", "energy API", and "API Service", etc. as its trademarks, and has been using these trademarks on the designated goods and services for a long term.

The business registration information of the first Defendant reveals that, its registered business address locates in Shunde District, Foshan City, and the company mainly engages in Computer Network Engineering Service (Internet Access Service not included), while the second Defendant is the legal representative of the first Defendant.

The Plaintiff notices that, **without permission from the Plaintiff, the two**

defendants arbitrarily use API's registered Trademarks and Enterprise Name, and undertake false propaganda on their jointly registered website www.engineeringsky.com ("Infringing Website"), intentionally mislead the relevant public, damage and reduce the Plaintiff's chance of fair trade, and cause harm to the Plaintiff's legitimate interests by illegal means, which are in violation of the fairness principle and good faith principle. The Plaintiff contends that, the two Defendants' abovementioned conducts are in violation of the *Chinese Trademark Law*, the *Chinese Anti-unfair Competition Law*, and relevant laws and regulations, and thus infringe API's Trademark Right and Enterprise Name Right, and constituted unfair competition. Therefore, the plaintiff has filed the litigation against the two Defendants with your court. The detailed facts and grounds are as follows:

## 1. The Plaintiff is entitled to Trademark Right and Enterprise Name Right.

### (1) The Plaintiff enjoys the exclusive right to use API's trademarks.

API is the official acronym of the Plaintiff (American Petroleum Institute), with the creative design by the Plaintiff, the API Series Trademarks have been long-term using on the standards manipulated, published and distributed by the Plaintiff, to identify the source of goods and services. Through the Plaintiff's long-term use and wide promotion, the API Series Trademarks are well-known by the relevant public in the oil field, which are bearing the Plaintiff's goodwill.

To date, the Plaintiff has registered the API Series Trademarks, such as mark "API" (Reg. No.: 5550541), mark "energy API" (Reg. No.: 5550537), and mark "API Corporation Net in Chinese; American Petroleum Institute" (Reg. No.: 3587653) in Class 9, 16, and 41 in China. According to Article 3 of the *Chinese Trademark Law*, the Plaintiff enjoys exclusive right of using API's registered trademarks.

(2) **The Plaintiff legitimately enjoys Enterprise Name Right to "American Petroleum Institute".**

The Plaintiff was founded in the USA in 1919, and "American Petroleum Institute" is the Plaintiff's Enterprise Name, while "API" is its official acronym thereof. Based on the *Paris Convention for the Protection of Industrial Property*, which both the USA and China are members of, the Plaintiff legitimately enjoys Enterprise Name Right in China, and such right shall be protected by relevant Chinese laws.

**2. The two Defendants are suspected of infringing the Plaintiff's Trademark Right, and their conducts have constituted unfair competition.**

The Plaintiff made notarizations on the two Defendants' website www.engineeringsky.com ("Infringing Website") at the Notary Public Office. The Infringing Website reveals that, the two Defendants' conducts have infringed the Plaintiff's Trademark Right and Enterprise Name Right, and constituted unfair competition.

**Firstly**, the domain name registration information shows that, the domain name registrant of the infringing website is "**idea4business, simon chen,** No.15xiang RongLi RongGui ShunDe Foshan, Canton, CN 528303, Phone: +86. 75728626114, Fax: +075728626114, Email Address: simomchen@hotmail.com", and the domain name administration contact information, the technical contact information, and the billing contact information are all the same. The above information shows that, the domain name of the infringing website was jointly registered by the two Defendants.

**Secondly**, without the Plaintiff's permission, the two Defendants sell the Plaintiff's Copyrighted API Standards on the Infringing Website, and mark the Plaintiff's "energy API" trademark on the upper left of each API Standard's brief introduction webpage. The two Defendants arbitrarily use the Plaintiff's Enterprise Name and its

acronym "API", and further use the expressions such as "Our nearly 400 corporate members", to falsely propagandize in the first person, and intentionally mislead the relevant public. The relevant public may be confused in terms of the source of goods sold on the infringing website, or be misled and believe that the two Defendants and the Plaintiff have the relationship of licensing, affiliation or cooperation. The two Defendants' abovementioned conducts are in violation of Article 52 of the Chinese Trademark Law, and Article 5 of the *Chinese Anti-unfair Competition Law* and relevant laws and regulations, and thus infringed the Plaintiff's Trademark Right and Enterprise Name Right, and constituted unfair competition.

**Thirdly**, the two Defendants copy, distribute, and disseminate the standards of the Plaintiff through information network at the price far lower than the normal price of API standards. The two Defendants' acts put those customers, who purchase the Plaintiff's Standards at the normal price, at an unfair competition disadvantage, also damage and reduce the Plaintiff's chance of fair trade. The two Defendants' above-mentioned conducts intentionally infringe the Plaintiff's legitimate rights and interests by illegitimate means, which are in violation of Article 2 of the *Chinese Anti-unfair Competition Law* and relevant laws and regulations, and thus constitute unfair competition.

Therefore, the two Defendants' conducts infringed the Plaintiff's Trademark Right and Enterprise Name Right, and constituted unfair competition.

**3. The two Defendants' infringement conducts are extremely severe, which have caused great loss to the Plaintiff, and therefore the two Defendants shall bear corresponding liabilities.**

The two Defendants use and sell the standards bearing API's Trademarks and Enterprise Name, clearly list the API standards' normal price together with the selling price on their infringing website. Since the price on the Infringing Website is far

lower than the normal price of the API standards, the two Defendants' such conducts put the Plaintiff at an unfair competition disadvantage, and severely damage and reduce the Plaintiff's chance of fair trade.  The two Defendants know and/or should know that the Plaintiff's legitimate right and interest, but still conduct the infringement above mentioned.  The above facts clearly reveal the two Defendants' bad faith, and prove that their infringements are extremely severe.  In accordance with Article 56 of the *Chinese Trademark Law*, and Article 20 of the *Chinese Anti-unfair Competition Law*, the two Defendants shall bear the corresponding civil liabilities.

Therefore, the Plaintiff earnestly requests your court to make a judgment as follows: the two Defendants shall cease the infringements, jointly compensate the Plaintiff for RMB100,000 (around US$14,500), bear the litigation fee, and make a public apology to the Plaintiff in order to eliminate the detrimental effects.

In SUMMARY, the Plaintiff contends that the two Defendants' conducts have breached the *Chinese Trademark Law*, the *Chinese Anti-unfair Competition Law*, and the relevant laws and regulations, and thus infringed the Plaintiff's legitimate rights and interests.  In order to protect its legitimate rights and interest, the Plaintiff has filed the litigation with your court and earnestly requests your court to make a decision according to relevant laws and regulations.

To
Foshan Shunde District People's Court

Plaintiff: American Petroleum Institute
Attorney: WANG Zheng, XIANG Fei