# 广东省佛山市顺德区人民法院

# 受理通知书

(　　2011　　)顺法知民初字第 17 号

美国石油学会（American Petroleum Institute）

你于 2010 年 12 月 21 日向本院递交的起诉状，经审查符合《中华人民共和国民事诉讼法》第108条规定的起诉条件，本院决定予以受理。现将有关事项通知如下：

一、你应在接本通知书之日起七日内向本院预交案件受理费共计人民币 3300 元（其中：诉讼费 3300 元；财产保全费　　元；财产处理费　　元）。本院开户银行：　　　户名：　　　；帐号：　　　。逾期不交，按自动撤诉处理。

二、本案适用简易程序，由　　法官审理，书记员　　负责记录。

三、本案适用普通程序，由　　法官担任审判长，与　　、　　（法官、人民陪审员）组成合议庭进行审理。书记员　　负责记录。

四、依照《中华人民共和国民事诉讼法》第六十四条第一款、第七十五条第一款规定，你必须在接本通知书之日起十五日内按《举证须知》指引的内容完成举证，若无正当理由不按期举证或拒绝举证的，视为放弃举证权利，承担举证不能的法律后果。如因客观原因无法在规定的时限内完成举证的，应在举证期限届满前向本院提出延期举证申请。对可能灭失或以后难以取得的证据需申请保全的，应在举证期限提出。

五、案件受理后无正当理由不得增加或变更诉讼请求。

六、如需委托代理人代为诉讼的，应在开庭前三天向本院递交《授权委托书》。

七、有关本案的诉讼材料，应注明案号送（寄）本院　民三　庭。其他诉讼事宜请与本案书记员直接联系。（附：本院地址：　　　　3号；邮政编码：528300；联系电话：22663677）。

# 广东省佛山市顺德区人民法院

# 受理通知书

(　2011　) 顺法知民初字第 18 号

美国石油学会 (American Petroleum Institute)

你于 2010 年 12 月 21 日向本院递交的起诉状，经审查符合《中华人民共和国民事诉讼法》第108条规定的起诉条件，本院决定予以受理。现将有关事项通知如下：

一、你应在接本通知书之日起七日内向本院预交案件受理费共计人民币 4794 元(其中:诉讼费 4794 元；财产保全费　　元；财产处理费　　元)。本院开户银行:　　　　　　户名:　　　　　；帐号:　　　　　。逾期不交，按自动撤诉处理。

二、本案适用简易程序，由　　法官审理。书记员　　负责记录。

三、本案适用普通程序，由　　法官担任审判长，与　　(法官、人民陪审员)组成合议庭进行审理。书记员　　负责记录。

四、依照《中华人民共和国民事诉讼法》第六十四条第一款、第七十五条第一款规定，你必须在接本通知书之日起十五日内按《举证须知》指引的内容完成举证，若无正当理由不按期举证或拒绝举证的，视为放弃举证权利，承担举证不能的法律后果。如因客观原因无法在规定的时限内完成举证的，应在举证期限届满前向本院提出延期举证申请。对可能灭失或以后难以取得的证据需申请保全的，应在举证期限提出。

五、案件受理后无正当理由不得增加或变更诉讼请求。

六、如需委托代理人代为诉讼的，应在开庭前三天向本院递交《授权委托书》。

七、有关本案的诉讼材料，应注明案号送(寄)本院　民三　庭。其他诉讼事宜请与本案书记员直接联系。(附:本院地址:大良园林路3号 ；邮政编码: 528300 ；联系电话: 22663677 )。

# 广东省佛山市顺德区人民法院

# 受理通知书

（　 2011 　）顺法知民翻字第 19号

美国石油学会（American Petroleum Institute）

你于 2010 年 12 月 21 日向本院递交的起诉状，经审查符合《中华人民共和国民事诉讼法》第108条规定的起诉条件，本院决定予以受理。现将有关事项通知如下：

一、你应在接本通知书之日起七日内向本院预交案件受理费共计人民币 2955 元（其中：诉讼费 2955 元；财产保全费　　元；财产处理费　　元）。本院开户银行：　　　　　户名：　　　　　；帐号：　　　　　。逾期不交，按自动撤诉处理。

二、本案适用简易程序，由　　法官审理。书记员　　负责记录。

三、本案适用普通程序，由　　法官担任审判长，与　　（法官、人民陪审员）组成合议庭进行审理。书记员　　负责记录。

四、依照《中华人民共和国民事诉讼法》第六十四条第一款、第七十五条第一款规定，你必须在接本通知书之日起十五日内按《举证须知》指引的内容完成举证，若无正当理由不按期举证或拒绝举证的，视为放弃举证权利，承担举证不能的法律后果。如因客观原因无法在规定的时限内完成举证的，应在举证期限届满前向本院提出延期举证申请。对可能灭失或以后难以取得的证据需申请保全的，应在举证期限提出。

五、案件受理后无正当理由不得增加或变更诉讼请求。

六、如需委托代理人代为诉讼的，应在开庭前三天向本院递交《授权委托书》。

七、有关本案的诉讼材料，应注明案号送（寄）本院　民三　庭，其他诉讼事宜请与本案书记员直接联系。（附：本院地址：大良凤南路3号；邮政编码： 528300 ；联系电话： 22563677 ）。

# 广东省佛山市顺德区人民法院

# 受理通知书

( 2011 ) 顺法知民初字第 20 号

美国石油学会（American Petroleum Institute）

你于 2010 年 12 月 21 日向本院递交的起诉状，经审查符合《中华人民共和国民事诉讼法》第108条规定的起诉条件，本院决定予以受理。现将有关事项通知如下：

一、你应在接本通知书之日起七日内向本院预交案件受理费共计人民币 3860 元（其中：诉讼费3860 元；财产保全费　　元；财产处理费　　元）。本院开户银行：　　　　　户名：　　　　　；帐号：　　　　　。逾期不交，按自动撤诉处理。

二、本案适用简易程序，由　　法官审理。书记员　　负责记录。

三、本案适用普通程序，由　　法官担任审判长，与　　、　　（法官、人民陪审员）组成合议庭进行审理。书记员　　负责记录。

四、依照《中华人民共和国民事诉讼法》第六十四条第一款、第七十五条第一款规定，你必须在接本通知书之日起十五日内按《举证须知》指引的内容完成举证，若无正当理由不按期举证或拒绝举证的，视为放弃举证权利，承担举证不能的法律后果。如因客观原因无法在规定的时限内完成举证的，应在举证期限届满前向本院提出延期举证申请。对可能灭失或以后难以取得的证据需申请保全的，应在举证期限提出。

五、案件受理后无正当理由不得增加或变更诉讼请求。

六、如需委托代理人代为诉讼的，应在开庭前三天向本院递交《授权委托书》。

七、有关本案的诉讼材料，应注明案号送（寄）本院 民三 庭。其他诉讼事宜请与本案书记员直接联系。（附：本院地址：大良民安路3号 ；邮政编码： 528300 ；联系电话： 22663677 ）。

# 广东省佛山市顺德区人民法院

# 受理通知书

( 2011 ) 顺法知民初字第 21 号

美国石油学会 (American Petroleum Institute)

你于 2010 年 12 月 21 日向本院递交的起诉状,经审查符合《中华人民共和国民事诉讼法》第108条规定的起诉条件,本院决定予以受理。现将有关事项通知如下:

一、你应在接本通知书之日起七日内向本院预交案件受理费共计人民币 2586 元(其中:诉讼费 2586 元;财产保全费    元;财产处理费    元)。本院开户银行:        户名:        ;帐号:        。逾期不交,按自动撤诉处理。

二、本案适用简易程序,由    法官审理。书记员    负责记录。

三、本案适用普通程序,由    法官担任审判长,与    、    (法官、人民陪审员)组成合议庭进行审理。书记员    负责记录。

四、依照《中华人民共和国民事诉讼法》第六十四条第一款、第七十五条第一款规定,你必须在接本通知书之日起十五日内按《举证须知》指引的内容完成举证,若无正当理由不按期举证或拒绝举证的,视为放弃举证权利,承担举证不能的法律后果。如因客观原因无法在规定的时限内完成举证的,应在举证期限届满前向本院提出延期举证申请。对可能灭失或以后难以取得的证据需申请保全的,应在举证期限提出。

五、案件受理后无正当理由不得增加或变更诉讼请求。

六、如需委托代理人代为诉讼的,应在开庭前三天向本院递交《授权委托书》。

七、有关本案的诉讼材料,应注明案号送(寄)本院 民三 庭。其他诉讼事宜请与本案书记员直接联系。(附:本院地址大良凤翔路2号 ;邮政编码: 528300 ;联系电话: 22663677 )。

# 广东省佛山市顺德区人民法院

# 受理通知书

( 2011 ) 顺法知民初字第 22 号

美国石油学会 ( American Petroleum Institute )

你于 2010 年 12 月 21 日向本院递交的起诉状，经审查符合《中华人民共和国民事诉讼法》第108条规定的起诉条件，本院决定予以受理。现将有关事项通知如下：

一、你应在接本通知书之日起七日内向本院预交案件受理费共计人民币 2958 元(其中：诉讼费 2958 元；财产保全费 元；财产处理费 元)。本院开户银行： 户名： ；帐号： 。逾期不交，按自动撤诉处理。

二、本案适用简易程序，由 法官审理，书记员 负责记录。

三、本案适用普通程序，由 法官担任审判长，与 (法官、人民陪审员)组成合议庭进行审理。书记员 负责记录。

四、依照《中华人民共和国民事诉讼法》第六十四条第一款、第七十五条第一款规定，你必须在接本通知书之日起十五日内按《举证须知》指引的内容完成举证，若无正当理由不按期举证或拒绝举证的，视为放弃举证权利，承担举证不能的法律后果。如因客观原因无法在规定的时限内完成举证的，应在举证期限届满前向本院提出延期举证申请。对可能灭失或以后难以取得的证据需申请保全的，应在举证期限提出。

五、案件受理后无正当理由不得增加或变更诉讼请求。

六、如需委托代理人代为诉讼的，应在开庭前三天向本院递交《授权委托书》。

七、有关本案的诉讼材料，应注明案号送(寄)本院 民三 庭。其他诉讼事宜请与本案书记员直接联系。(附：本院地址：大良凤翔路3号 ；邮政编码： 528300 ；联系电话： 22663677 )。