Case 5:11-mc-80008-JF   Document 1-10   Filed 01/14/11   Page 1 of 3



# API Standards

Free information about API Standards



- Home
- About

## Free Information About API Codes and Standards

March 02, 2010 By: admin Category: Uncategorized

This web site will provide you with loads and loads of free information about codes and standards from the American Petroleum Institute (API). Our knowledge includes details about many of the most popular standards such as comprehensive abstracts/scopes, tables of contents, lists of figures and tables, changes made since the last versions, and sources for purchasing these documents.

Our site includes information on the following standards:

- API 650
- API 1104
- API 510
- API 570
- API 578
- API 579
- many more API standards
- many more related non-API standards such as AWS D1.1, ASME codes and standards, ASTM standards, and more.

Comment (1)

### · PAGES

  ◦ About

## · RELATED LINKS

API 1104
API 650
AWS D1.1

Ads by Google

**API 653 Tank Repairs**
Replacement Tank Bottoms Nozzle upgrades & piping mods
www.ITCtank.com

**API STD 650 2009 PDF**
Latest edition, updated in 11/2009 Download this code at low price!
www.engineeringsky.com

**Industrial Inspections**
API, CWI, NDE (ASNT / EN 473) QA, QC, Auditing, Vendor Management
www.eceglobal.com

**Mashery API Management**
API Strategic Services Plus Full and Secure API Management
www.mashery.com

**Adobe PDF Library API**
Full-featured, multi-platform Adobe APIs from Adobe's key partner
www.datalogics.com

- [          ] [ Search ]

Ads by Google

**API Tank Design Softwware**
Storage Tank Design Software for API-650, API-620, API-653, UL-142
www.ctank.com

**Refurbished ABI/Sciex-**
Used API 4000, 3000, 2000, 365- Certfied Analytical Lab Equipment
www.ietltd.com

**Quality Pipe Flange**
ANSI/ASME, Plate Flanges & More In Business Since 1986. Visit Now!
www.TexasFlange.com

**Washington DC Coupons**
1 ridiculously huge coupon a day. It's like doing DC at 90% off!
www.Groupon.com/Washington-D

**NewsWare -- News API**
Customized news feeds for business Fully integrated with in-house apps
www.newsware.com

**API Standards** © 2007 - 2010 All Rights Reserved. Using WordPress 2.9.2 Engine
Entries and Comments.

Prosumer ver. 1.9 design by WP GPL