```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611008929
Cashier ID: harwellt
Transaction Date: 01/14/2011
Payer Name: Finnegan Henderson
------------------------------------
MISCELLANEOUS PAPERS
 For: In Re Application of American
 Case/Party: D-CAN-5-11-MC-080000-001
 Amount:         $39.00
------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 13897
 Amt Tendered: $39.00
------------------------------------
Total Due:      $39.00
Total Tendered: $39.00
Change Amt:      $0.00

Case # 11-mc-80000-JF


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```